UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CREATIVE DIRECTION CONSTRUCTION &
DESIGN, LLC,

                Plaintiff,                      **STIPULATION**

   - against -                          Docket No.: 25-cv-179 (FJS/DJS)

HARCO NATIONAL INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for the defendant, Harco National Insurance Company, to answer, move, or otherwise respond to the Amended Complaint, is extended to and including March 20, 2025.

Dated: March 6, 2025

**GLASSBERG & ASSOCIATES, LLC**      **CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Plaintiff                          Attorneys for Defendant

By: _____      By: _____
      Steven Glassberg                               Adam P. Friedman

Bar Roll No.: 706084                      Bar Roll No.: 510050
8 Haven Avenue, Suite 215              11 Times Square, 34th Floor
Port Washington, New York 11050      New York, New York 10036
(516) 767-6711                              (212) 973-0572
steveglassberg@glassbergassociates.com   afriedman@csglaw.com

                                               **SO ORDERED.**

                                               _____