UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CREATIVE DIRECTION CONSTRUCTION &
DESIGN, LLC,

                        Plaintiff,                      **STIPULATION**

   - against -                              Docket No.: 25-cv-179 (FJS/DJS)

HARCO NATIONAL INSURANCE COMPANY,

                        Defendant.
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for the defendant, Harco National Insurance Company, to answer, move, or otherwise respond to the Amended Complaint, is extended to and including March 20, 2025.

Dated: March 6, 2025

| **GLASSBERG & ASSOCIATES, LLC** | **CHIESA SHAHINIAN & GIANTOMASI PC** |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: _____ | By: _____ |
| Steven Glassberg | Adam P. Friedman |
| Bar Roll No.: 706084 | Bar Roll No.: 510050 |
| 8 Haven Avenue, Suite 215 | 11 Times Square, 34th Floor |
| Port Washington, New York 11050 | New York, New York 10036 |
| (516) 767-6711 | (212) 973-0572 |
| steveglassberg@glassbergassociates.com | afriedman@csglaw.com |

**SO ORDERED**

_____



CHIESA SHAHINIAN & GIANTOMASI PC

11 Times Square, 34th Floor, New York, NY 10036
csglaw.com

ADAM P. FRIEDMAN
afriedman@csglaw.com

O 973.530.2029          F 973.530.2229

March 6, 2025

**Via ECF**

The Honorable Frederick J. Scullin, Jr.
The Honorable Daniel J. Stewart
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

Re: Creative Direction Construction & Design, LLC v. Harco National Ins. Co.
Docket No.: 25-cv-179 (FJS/DJS)

Dear Judge Scullin and Magistrate Stewart:

We will be representing the defendant, Harco National Insurance Company, in this action.

Harco's time to respond to the original Complaint expires today. When preparing to file our Answer, I noted that Plaintiff filed an Amended Complaint, of which neither my client nor I was aware.

Plaintiff's counsel graciously consented to extend Harco's time to respond to the Amended Complaint to March 20, 2025, as reflected in the accompanying Stipulation. If the Stipulation meets with your approval, I would be most appreciative if you would "So Order" it.

Thank you for your consideration.

Respectfully,

/s Adam P. Friedman

Encl.

cc: Steven Glassberg, Esq.
(via ECF and e-mail, w/encl.)

NEW JERSEY     NEW YORK