UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CREATIVE DIRECTION CONSTRUCTION &
DESIGN, LLC,

                Plaintiff,                      **RULE 7.1 STATEMENT**

    - against -                            Docket No.: 25-cv-179 (FJS/DJS)

HARCO NATIONAL INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for defendant **HARCO NATIONAL INSURANCE COMPANY** ("Harco"), a private non-governmental party, certifies the following:

       1.     IAT Insurance Group, Inc., a privately held company, is the parent corporation of Harco. No publicly held corporation holds 10% or more of Harco's stock.

       2.     Harco is a corporation organized and existing pursuant to the laws of the State of Illinois, with its principal place of business in Raleigh, North Carolina. For purposes of diversity jurisdiction, Harco is a citizen of Illinois and North Carolina.

Dated: March 19, 2025

                                                        **CHIESA SHAHINIAN & GIANTOMASI PC**
                                                        Attorneys for Defendant
                                                         *Harco National Insurance Company*

                                                         By: */s Adam P. Friedman*
                                                               Adam P. Friedman

                                                        Bar Roll No.: 510050
                                                        11 Times Square, 34th Floor
                                                        New York, New York 10036
                                                        (212) 973-0572
                                                        afriedman@csglaw.com