CSG law

CHIESA SHAHINIAN & GIANTOMASI PC

11 Times Square, 34th Floor, New York, NY 10036
csglaw.com

ADAM P. FRIEDMAN
afriedman@csglaw.com

O 973.530.2029 F 973.530.2229

May 2, 2025

***Via ECF***

The Honorable Daniel J. Stewart
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re: Creative Direction Construction & Design, LLC v. Harco National Ins. Co.
Docket No.: 25-cv-179 (FJS/DJS)

Dear Magistrate Stewart:

We represent the defendant, Harco National Insurance Company, in the above-referenced matter. This letter is submitted on behalf of both parties.

The initial conference in this matter is scheduled for May 12, 2025, at 10:00 AM. As Your Honor may be aware, Plaintiff filed a motion for summary judgment; Harco's opposition due on May 22 and Plaintiff's reply due on May 29.

In light of the motion, the parties jointly propose that the Court adjourn the initial conference *sine die,* to be rescheduled as appropriate after determination of Plaintiff's motion.

Thank you for your consideration of this letter.

Respectfully,

*/s Adam P. Friedman*

cc: Steven Glassberg, Esq.
(via ECF)