NEW YORK STATE
**OLYMPIC REGIONAL DEVELOPMENT AUTHORITY**

October 28, 2024

**Via Certified Mail-Return Receipt Requested and E-mail**
**# 7022 0410 0001 0021 5674/9590 9402 8951 4064 6014 48**

Empire Core Group LLC
Attn: Florim Lajqi
199 Main Street, 10th Floor
White Plains, NY 10601
flajqi@empirecore.com

**RE:** **Project Name:** Belleayre Ski Center Discovery Lodge (DSC) and Overlook Lodge (OL) Improvements
**PIN:** BEL.23.015
**Contract Name:** General Contract (G)
**CIN:** BEL.23.015.100
**Termination for Cause**

Dear Florim Lajqi:

This letter serves as written notice from the New York State Olympic Regional Development Authority (ORDA) that it is declaring Empire Core Group LLC (Empire Core) in default under its contract with ORDA for the above-referenced Contract, which was entered into on February 13, 2024 (Contract), on account of Empire Core's repeated failure to prosecute the Work in accordance with the Contract and to complete the Work within the time provided by the Contract, and is terminating the Contract for cause as provided for in Article 13, Paragraph 13.2.1 of the Contract General Conditions. The reasons for the declaration of default and termination are set forth below. Note that all documents referenced herein can be accessed at: https://media.orda.org/?r=39692&k=ba134fbd9f.

Notice of Award was issued to Empire Core on February 13, 2024, and Notice to Proceed was issued to Empire Core on March 22, 2024. Based on issuance of the Notice of Award on February 13, 2024, the following Final Completion Dates were established for the Contract:

Discovery Lodge Kitchen – November 2, 2024
Discovery Lodge Rental Shop – December 7, 2024
Discovery Lodge – January 2, 2025
Overlook Lodge – December 4, 2025

Included as Appendix H to the Project Manual was a Draft Milestone Schedule. Contract Document 00 31 13 Reference Summary Project Schedule referenced the Draft Milestone Schedule and provided, in relevant part, as follows:

Ashley Walden • President & CEO
37 Church Street, Lake Placid, NY 12946 • Phone: (518) 637-6869
Email: awalden@orda.org • Internet: www.orda.org

NEW YORK STATE OF OPPORTUNITY.

> "The prospective bidder expressly understands that their bid for the Work shall be based upon meeting all the established milestone dates, even if to meet such milestone dates requires expedited delivery of material, additional manpower, additional equipment, additional concurrent operations and overtime."

In accordance with Contract Document 00 21 13 Instructions to Bidders, Section 12.2.2., Empire Core submitted to ORDA its Preliminary Work Plan dated February 07, 2024. Included in this Preliminary Work Plan at Section 5.2 was a Milestone Schedule which matched the Draft Milestone Schedule set forth in the Project Manual.

After award of the Contract to Empire Core, and in accordance with Contract Section 01 32 00 Construction Progress Documentation, Empire Core submitted to ORDA Empire Core's Preliminary Project Schedule dated March 4, 2024. Said Preliminary Project Schedule included the dates set forth in Empire Core's Preliminary Work Plan and the Final Completion dates set forth in Appendix H. Pursuant to Section 1.06.E of Contract Section 01 32 00 Construction Progress Documentation, during the period between Project Award and the execution of the CMU-01 Agreement by the Contractors and the Director's Representative, Empire Core was to comply with the Preliminary Project Schedule and was responsible for providing the necessary resources to complete the Work.

Thereafter, and in accordance with Contract Section 01 32 00, Section 1.06, a Baseline Project Schedule was developed. The Baseline Project Schedule was dated April 15, 2024, and all trade Contractors signed off on this schedule using the CMU 01 Agreement form on April 29, 2024.

Upon issuance of the Project Schedule Update dated April 18, 2024, Empire Core was more than (5) days behind schedule. Accordingly, on April 24, 2024, ORDA demanded, in writing, that Empire Core provide recovery options to ORDA's Construction Manager, Schoolhouse Construction Services, LLC (Schoolhouse), by April 25, 2024. Said letter also served as notice from ORDA to Empire Core that commencing the week of April 29, 2024, principals meetings would be held in accordance with Section 1.04 of Contract Documents Section 01 31 19 Project Meetings, Section 1.04. Empire Core never submitted recovery options as demanded and Empire Core fell further behind schedule.

As of the end of April, and more than a month after the issuance of the Notice to Proceed, Empire Core's submission of the required submittals was severely lacking. This issue continues to date and contributes to the delay in prosecuting the Work of the Contract.

On May 10, 2024, the first principals meeting was held and the items on the meeting agenda were discussed. Following this meeting, ORDA sent a letter to Empire Core dated May 13, 2024, confirming what was discussed and agreed to during the meeting. Although Empire Core agreed in the meeting to provide its recovery options to Schoolhouse by no later than close of business on Tuesday, May 14, 2024, Empire Core did not do so.

Empire Core's failure to progress the Work on the Discovery Lodge continued and as of June 14, 2024, Empire Core had failed to substantially complete the Site Activity item of "New Concrete Ramp to Kitchen, and Associated Concrete Foundation System (Footings and Walls) and Sidewalks," and the Building Foundation & Exterior Envelope item of

"New Addition Foundation Including Basement Slab on Grade, Concrete Piers, Existing Building Foundation Modifications, & Associated Sitework." Accordingly, on June 17, 2024, ORDA sent a letter to Empire Core, requesting it to present recovery options to Schoolhouse by no later than close of business on Monday, June 17, 2024. Empire Core never provided the recovery options as requested.

As Empire Core's failure to progress the Work continued, ORDA requested Empire Core attend a meeting on July 9, 2024, to discuss the progress of the Work and Empire Core's recovery. As of the Project Schedule Update dated July 9, 2024, and distributed on July 12, 2024, Empire Core was thirty-one (31) days behind schedule. At the meeting, Florim Lajqi of Empire Core agreed to provide a formal recovery schedule and a schedule update by end of day on Friday July 12, 2024. No such schedule or update was provided by Empire Core. Empire Core materially breached the Contract by failing to provide the requested recovery options, and to progress the Work in a manner such that the Final Completion Date of December 7, 2024, for the Discovery Lodge Rental Shop could be obtained.

By letter dated July 16, 2024, ORDA requested Empire Core to attend a potential default hearing on July 25, 2024, to discuss methods of performing and completing the Contract Work, in accordance with Contract General Conditions Article 13. On July 25, 2024, a meeting with Empire Core and a representative of Empire Core's surety was held on the Project Site. As a result of this meeting, Empire Core understood its lack of progress and the consequences of not meeting the Milestone Dates and, further, that Empire Core would take the steps necessary to get the Work back on schedule. As of August 2, 2024, the Building Foundation & Exterior Envelope item of "Place Slabs on Deck (Both Levels) & Slab Infills" was not substantially complete.

Due to Empire Core's continued failure to progress the Work in a timely manner, ORDA prepared the Discovery Lodge Completion Schedule to get the Project back on schedule, and distributed it to all prime contractors by letter dated August 16, 2024. Said letter also served as notice that a Principals Meeting would be held on Tuesday, August 20, 2024, and an agenda was provided.

The Principals Meeting was held on August 20, 2024, and during said meeting it was clear that all the prime contractors other than Empire Core were reluctant to commit to a new schedule since it was dependent on Empire Core committing to it and Empire Core had repeatedly failed to deliver its work within the timeframes set forth in the Project Schedule. Empire Core was the driving factor in the schedule and had lost all credibility.

Notwithstanding the lack of progress at the Discovery Lodge at this time, Empire Core attempted to expand its work at the Overlook Lodge despite being told repeatedly not to do. ORDA did not desire to have two lodges incomplete before the upcoming ski season. As a result, by letter from ORDA to Empire Core dated August 22, 2024, Empire Core was directed to perform no further demolition work on the Overlook Lodge other than what was necessary to reconstruct the exterior wall system, which Empire Core agreed to complete by October 11, 2024. See ORDA's letter dated October 2, 2024. In breach of the Contract, Empire Core failed and refused to work double shifts. The work at the Overlook Lodge is still not complete.

During the remainder of August and continuing into September, rather than take the steps necessary to get the Project back on schedule, Empire Core continued to assert that its Work would be completed on time and that the schedule was flawed. This simply was not the case and as of September 6, 2024, the Building Foundation & Exterior Envelope item of "Exterior Wall

Construction (Including Temporary Enclosures at Openings) and Roofing Systems" was not substantially complete.

As a result, by letter dated September 9, 2024, ORDA advised Empire Core that ORDA was considering declaring Empire Core in default under the Contract on account of Empire Core's continued failure since the meeting held on July 25, 2024, to progress the Work in a manner such that the Final Completion Date of December 7, 2024, for the Discovery Lodge Rental Shop could be obtained. This letter further requested Empire Core and its Surety to attend a hearing on September 12, 2024, to discuss methods of performing and completing the Contract Work in accordance with Contract General Conditions Article 13. A proposed Agenda for the hearing was provided.

At the hearing, Empire Core admitted that the Project was behind schedule and laid out its plan to progress the Work such that the Completion Dates would be met. There was a flurry of activity on the Project Site that day and Florim Lajqi of Empire Core went out of his way to show me and other ORDA personnel how the Work would be prosecuted. Rather than prosecuting the Work as represented during the meeting and tours, Empire Core chose to continue to assert that the Project Schedule was flawed and they were not behind schedule.

To give Empire Core every opportunity to succeed and address its alleged concerns with the Project Schedule, representatives of Schoolhouse and its scheduling consultant, Trophy Point Construction Services & Consulting, conferred with Empire Core and its scheduling consultant to prepare a schedule update. Thereafter, an updated Completion Schedule dated September 17, 2024, was issued.

By letter dated September 25, 2024, Empire Core took exception to this Schedule and advised it would not be accepted. By letter dated September 30, 2024, ORDA took exception to Empire Core's position and demanded that Empire Core immediately present recovery options to Schoolhouse and directed Empire Core to immediately commence working double shifts which are staffed with workers having the required competency for the tasks at hand in accordance with Contract General Conditions Section 13.1.3. To date, Empire Core has not complied with ORDA's demand and direction.

As of October 4, 2024, and to date, neither the Building Foundation & Exterior Envelope item of "Glass Curtain Wall System | Windows and Doors" nor the Lower Level Ski Shop item of "Basement & Lower Level Finishes and MEP Trim-Out (Painting, Finish Materials, Fixtures, Devices, Etc.)" are substantially complete. Further, the Existing Kitchen items of "Kitchen Finishes, Set-Up, MEP Fit-Out Activities, and Ceiling Work Below", "Set Equipment and Initial Start-Ups", and "Kitchen Final Cleaning" with the respective substantial completion dates of September 6, 2024, September 20, 2024, and September 27, 2024, are not substantially complete.

Empire Core's failure to timely progress the Work of the Contract is solely attributable to the following issues:

1. Lack of timely submission of required submittals and/or resubmittals.
2. Lack of timely submission of subcontractor approvals.
3. Lack of planning for materials to be submitted, ordered, and/or delivered in a timely manner.
4. Lack of Contract supervision and repeated changes of supervisory personnel.
5. Failure to make payments for materials.
6. Failure to attend contractually required meetings.

7. Failure to maintain, or provide proof of, contractually required insurances.
8. Ongoing issues with quality control and poor/inadequate workmanship.
9. Lack of adherence to Contract specifications, necessitating work to be redone.
10. Not working all available days and/or working multiple shifts.
11. Repeatedly missing the Milestone Dates, which are necessary to meet the Final Completion Dates.
12. Failure to submit recovery options to demonstrate how the Work will progress so that the Milestone Dates/Final Completion Dates would be met.

By reason of the foregoing, Empire Core's Work at the Discovery Lodge is currently 50 days behind schedule according to the Project Schedule Update dated October 16, 2024. As such, Empire Core is unable to meet the Final Completion Dates for the Discovery Lodge Kitchen (November 2, 2024), the Discovery Lodge Rental Shop (December 7, 2024), and the Discovery Lodge (January 2, 2025).

As a result of the Director's review of all of the deficiencies in Empire Core's performance under the Contract, the Director has concluded that Empire Core is unable to complete the Work according to the terms and conditions of the Contract. Therefore, it is my determination that Empire Core is in default of the Contract by failing to meet its contractual obligations. As such, the Contract is hereby terminated for cause as provided for in Article 13, Paragraph 13.2.1 of the Contract General Conditions. Paragraph 13.2.1 provides as follows:

> If in the judgment of the Director, the Contractor fails or refuses to prosecute the Work in accordance with the Contract, or is failing to complete the Work within the time provided by the Contract, the Contracting Officer may terminate the Contract by written notice. In such event, the Director shall order the surety to complete the Work.

Accordingly, Empire Core shall be liable for any damage to ORDA resulting from its failure to complete the Work of the Contract. A demand shall be made on Empire Core's Surety for completion of the Work of the Contract, and it shall receive a copy of this letter.

Be advised, that in accordance with Paragraph 13.2.9 of Article 13 of the Contract General Conditions, Empire Core and its subcontractors are to vacate the Project Site immediately and are thereafter precluded from accessing the Project Site.

Sincerely,

Ashley Walden, President & CEO

ec: Kirk Bassarab, PE – ORDA Director of Environmental, Planning and Construction
George Collins, PE – ORDA Office of Environmental, Planning & Construction
Kasey Donahue – ORDA Office of Environmental, Planning & Construction
Bruce Transue – ORDA Belleayre Ski Center
Edward Kowalewski, Jr. – ORDA Assistant Counsel
Andrew Wright – QPK Design
Eric Robert – Schoolhouse Construction Services
Jared Yando – Schoolhouse Construction Services
Jeff Kujawa – Trophy Point Construction Services & Consulting
Kyle P. Murphy – Harco National Insurance Company