NEW YORK STATE
**OLYMPIC REGIONAL DEVELOPMENT AUTHORITY**

October 28, 2024

**Via Certified Mail-Return Receipt Requested and E-mail**
**# 7022 0410 0001 0021 5667/9590 9402 8951 4064 6014 55**

Harco National Insurance Company
Attn: Kyle P. Murphy, Esq.
One Newark Center, 20th Floor
Newark, NJ 07102

**RE:** **Project Name:** Belleayre Ski Center Discovery Lodge (DSC) and Overlook Lodge (OL) Improvements
**PIN:** BEL.23.015
**Contract Name:** General Contract (G)
**CIN:** BEL.23.015.100
**Bond No.:** BOHNSU 0836335
**Termination for Cause**

Dear Kyle P. Murphy:

Reference is made to the enclosed copy of the letter of the New York State Olympic Regional Development Authority (ORDA) dated October 28, 2024, addressed to Empire Core Group LLC (Empire Core). I have determined that your principal, Empire Core, is unable to complete the Work according to the terms and conditions of the Contract and, as such, the Contracting Officer is declaring Empire Core in default and terminating its Contract for cause as provided for in Article 13, Paragraph 13.2.1 of the Contract General Conditions.

Therefore, in accordance with Contract General Conditions Article 13, Paragraph 13.2, Contract Document 00 72 15 Standard Clauses for Contractor Default and Surety Takeover (Appendix B), and Bond No. BOHNSU 0836335 dated February 13, 2024, by Harco National Insurance Company, as Surety, and Empire Core, as principal, ORDA demands that you commence the required Work within 45 days after receipt of this letter. Please see the enclosed copy of Contract Document 00 72 15 Standard Clauses for Contractor Default and Surety Takeover (Appendix B).

Be advised that should you fail to commence completion of the Work of the Contract, as demanded, the Surety will be considered in default of its obligations under the Performance Bond. Should you have any questions, you can contact me at 518-302-5374, or Edward Kowalewski, Jr., Assistant Counsel, at 518-302-5313.

Sincerely,

Kirk Bassarab, PE
Director of Environmental, Planning and Construction

Kirk Bassarab, PE • Director of Environmental, Planning & Construction
37 Church Street, Lake Placid, NY 12946 • Phone: (518) 302-5374
Email: kbassarab@orda.org • Internet: www.orda.org

NEW YORK STATE OF OPPORTUNITY.

Enclosures

ec: Ashley Walden – ORDA President & CEO
George Collins, PE – ORDA Office of Environmental, Planning & Construction
Kasey Donahue – ORDA Office of Environmental, Planning & Construction
Bruce Transue – ORDA Belleayre Ski Center
Edward Kowalewski, Jr. – ORDA Assistant Counsel
Andrew Wright – QPK Design
Eric Robert – Schoolhouse Construction Services
Jared Yando – Schoolhouse Construction Services
Jeff Kujawa – Trophy Point Construction Services & Consulting
Florim Lajqi – Empire Core Group LLC