**From:** Ed Kowalewski
**To:** Kyle Murphy
**Subject:** BEL Lodges Project
**Date:** Friday, November 1, 2024 11:21:00 AM
**Attachments:** Belleayre docs.pdf
Belleayre-Discovery Lodge-Roof Restoration Proposal .docx
image001.png

---

Kyle-

Attached is a copy of the proposal we received from Titan Roofing to repair the existing roof of the Discovery Lodge such that the warranty would be reinstated.
The repair is needed on account of the work performed by Empire Core.
Note that our plan was to have the work performed under our Job Order Contract with Mattoon Construction Services.
As such, Mattoon would add 21% to Titan's price and to that total 5% would be added for Gordian.
This would be a back charge to Empire Core since the failure to make the repair is due to Empire Core being unable to timely retain a certified contractor to perform the work.

The color of the material needed to match the existing roof is a special order and the lead time is 3 weeks.
Also, this is the color specified for the addition to the Discovery Lodge.
We were going to have an order placed for the material and get it installed provided that it could be done in compliance with the weather limitations.
If we could not, a temporary fix would be performed to get us to next year.

It is imperative to move forward with this item as soon as possible.
Please advise of your position.

Thank you.

**Edward Kowalewski, Jr.**
Assistant Counsel

**Olympic Regional Development Authority**
37 Church Street, Lake Placid, NY 12946
Office: 302-5313 | Cell: 518-637-2980
ekowalewski@orda.org | www.orda.org

NEW YORK STATE
OLYMPIC REGIONAL
DEVELOPMENT AUTHORITY

October 16, 2024

HOLCIM

Olympic Regional Development Authority
2634 Main St
Lake Placid, NY 12946-3648

Re: Project# 3514209
Bellearye Ski Area Discovery Lodge
181 Galli Curci Rd
Highpoint, NY12441

To whom it may concern,

The purpose of this letter is to report the findings from the recent site inspection at the above referenced facility on October 2nd, 2024. This inspection consisted of a visual observation of the current condition of the roofing system and supporting building envelope components. The inspection was conducted in response to reported post warranty alterations.

The inspection found several areas of concern directly related to non-Elevate material installed over this Elevate Roof System. Some of these items included unknown modified asphalt material and unknown roof cement installed on this Elevate TPO Roof System. It was also brought to the attention of Elevate representation these alterations were performed by a contractor not licensed with Elevate Commercial Roofing Systems. The presence of non-Elevate material installed on an Elevate Roof System is a direct violation of the terms or the warranty contract. Any remedial repairs remain the responsibility of other parties.

Please be advised that the warranty has been suspended until such time as the alterations have been remediated. Elevate material along with an Elevate licensed contractor must be utilized to repair this roof system and bring it back to an acceptable standard for warranty coverage. The repair process must be documented in accordance with Holcim's post warranty alteration process.

Respectfully,

Kyle McBrien
Warranty Claims Investigator
Holcim Building Envelope Division
26 Century Blvd., 205
Nashville, TN 37214
207-329-7295




DRAWING NO.

CONTRACTOR SHALL VERIFY MATERIAL, COLOR, ALL DIMENSIONS, SIZES, AND QUANTITIES.

APPROVED BY: ______ DATE: ______

(TSM USE ONLY) P: ______ B: ______ S: ______

**From:** Kyle McBrien <kyle.mcbrien@holcim.com>
**Sent:** Wednesday, October 16, 2024 12:17 PM
**To:** Daniel Washock <dwashock@titanroofing.com>
**Cc:** Michael Smith <michael.smith12@holcim.com>; Bob Palmeri <bobpalmeri@rtsreps.com>; Keith Koval <kkoval@titanroofing.com>; Jason Head <jason.head@holcim.com>
**Subject:** Re: Belleayre Mountain Discovery Lodge- Edge Detail

Good afternoon Dan,

The proposed detail is accepted.

**Please be advised that my last day at Elevate will be October 18th 2024.**

Thank you,

**Kyle McBrien, RRO**
Warranty Claims Investigator
Elevate Commercial Roofing Systems

26 Century Blvd, Suite 205
Nashville, TN 37214
M: 207-329-7295
kyle.mcbrien@holcim.com
Web | LinkedIn | Facebook




**TITAN ROOFING, INC.**
200 Tapley Street
SPRINGFIELD, MA 01104
Tel. (413) 536-1624

JOB: Belleayre Discovery Lodge
SHEET NO: 1 OF: 1
CALCULATED BY: DPW DATE: 10/11/24
SCALE: NTS

**TITAN ROOFING, INC.**

**200 Tapley Street, Springfield, MA 01104-2827**

***Phone*** **(413) 536-1624**
***Fax*** **(413) 533-2560**

**MINORITY BUSINESS ENTERPRISE**
**VETERAN BUSINESS ENTERPRISE**
An Affirmative Action/Equal Opportunity Employer
**An Employee – Owned Company**

JOB**: Belleayre Ski Area Discovery Lodge**
Attn: Mr. Edward Fleming-Vice President, Matoon Construction
EFleming@matoonconstruction.com

Owner: Olympic Regional Development Authority (ORDA)

ESTIMATOR: Keith Koval

BID DATE: October 21, 2024

TAXABLE: { } YES % {X} NO

**Note: Replacement Roofing System will be WHITE. Tan products will not be provided due to long lead times.**

**BASE BID AMOUNT: $147,766.00**

**Area Proposed in Scope of Work Outlined Below**



**DOCUMENTS PROVIDED:**
Manufacturer's Roof Warranty Suspension letter, transmitted via email on 10/16/24
Manufacturer's Approval Letter of Perimeter Membrane Splice Detail, transmitted via email on 10/16/24
Roof Drawing which illustrates the proposed repair section required to return the system to warrantable status.

**BASE SCOPE OF WORK:**
Work is limited to what is specifically listed below.

1. Remove asphalt membrane at perimeter of newly installed curbs which include three (3) RTU's, four (4) kitchen exhausts, one (1) exhaust, two (2) equipment support rails, and one (1) conduit box.
2. Remove asphalt membrane set in cold adhesive at field of roof area.
3. Remove existing TPO membrane adjacent to asphalt curb flashings and field patches.
4. Slice existing TPO membrane a minimum of 6" inches from horizontal plane of perimeter edge flashings.
5. Remove top layer of 2.5" insulation. 2nd (bottom) layer of 2.5" insulation to remain.

**TITAN ROOFING, INC.**

**200 Tapley Street, Springfield, MA 01104-2827**

***Phone* (413) 536-1624**
***Fax* (413) 533-2560**

**MINORITY BUSINESS ENTERPRISE**
**VETERAN BUSINESS ENTERPRISE**
An Affirmative Action/Equal Opportunity Employer
**An Employee – Owned Company**

6. Remove and reinstall supports for snow rail system within the specified work location.
7. Remove and reinstall existing lightning protection within the specified work location.
8. Mechanically attach 2.5" insulation of matching profile was removed utilizing common (thru) screws and plates.
9. Fully adhere .080 Elevate TPO WHITE membrane, in accordance with manufacturers details.
10. Flash all forementioned curbs using WHITE TPO flashings, in accordance with manufacturers details.
11. Provide dumpster for all resultant debris.
12. Provide portable restroom.
13. Provide required safety per OSHA regulations.

**SPECIAL CONDITIONS:**
1. Payment Terms are Net 30 days. No retainage Allowed.
2. Titan Roofing, Inc. will not be party of any legal actions between the owner or contractors concerning unauthorized work/ warranty suspension.
3. New screws will penetrate through the existing roof deck (into occupied spaces).
4. Titan is not responsible for interior protection, clean up, or finishes inside the building.
5. Existing edge metal is to remain. No work at the building edge is included.
6. Roofing work at new building tie-in is excluded.

**EXCLUSIONS:**
-Permits
-Building Inspections
-Overhead protection or pedestrian protection if required
-Winter Conditions (Snow, Ice, etc. removal and disposal)
-Taxes
-Interior Protection
-Hazardous Material Exposure
-Overtime
-All Electrical, HVAC, Plumbing work and protection
-Any and all work not mentioned within the above Scope of Work.
-All work at the existing roof(s) beyond this Scope.

**Price is valid for 15 days after November 3, 2024**