EMPIRECORE
Construction • Development

October 21, 2024

***Via kbassarab@orda.org &***
***USPS Certified Mail Return Receipt***
***70211970000015065406***

Attn: Kirk Bassarab, PE
Interim Director of Environmental, Planning &
Construction New York State Olympic Regional
Development Authority
37 Church Street
Lake Placid, New York 12946

Olympic Regional Development Authority
Olympic Center
2634 Main Street
Lake Placid, New York 12946

Re: Empire Notice Regarding September Req
Project: BEL.23.015.100 Belleayre Ski Center Discovery Lodge (DSC) and Overlook Lodge (OL) Improvements
General Contract (G)

Dear Mr. Bassarab:

I am writing to address Empire Core Group LLC's ("Empire Core") September 2024 requisition for progress payment ("Payment Requisition") submitted on September 23, 2024, for Work performed and materials furnished for the Belleayre Ski Center Discovery Lodge (DSC) and Overlook Lodge (OL) Improvements (the "Project").

For the purpose of providing a brief timeline, Empire Core submitted their September Payment Requisition on September 23, 2024, in the amount of $2,790,108.76. Subsequently, on October 1, 2024, ORDA reduced the amount to $1,421,314.51 despite no valid reason existing for such reduction. These reductions are entirely unacceptable as Empire Core has in fact provided materials and services in the amount of $2,255,953.16 and, per Article 21 of the General Conditions, Article 5 of the Standard Form of Between Owner and Contractor on the Basis of a Stipulated Price ("Standard Form of Agreement"), and basic conceptions of fair exchange and equity is entitled to $2,255,953.16. Please note that Empire Core takes no issue with the retained percentage per Article 25 of the General Conditions, § 25.3, and Article 5 of the Standard Form of Agreement. Empire Core takes issue with ORDA's unwarranted and groundless cut-downs of the amounts to which Empire Core is legally entitled.

As you are no doubt aware, pursuant to Article 21, § 21.1 of the General Conditions and Article 5, § 5.1 of the Standard Form of Agreement, Empire Core submitted its September 2024 payment requisition. Pursuant to these same provisions, Empire Core properly submitted this Payment Requisition for Work performed and materials

EMPIRECORE
Construction • Development

furnished up to the date of the Payment Requisition. Further, Empire Core submitted the September Payment Requisition in the correct form and accompanied by more than sufficient evidence to support such amount. Empire Core, in compliance with Article 21, § 21.9 of the General Conditions and Subdivision 3-a of § 220 of the Labor Law had filed its certified payroll records.

ORDA's line-item quibbling is contrary to the good faith underpinnings of the Contract Documents to which Empire Core and ORDA agreed to abide. To date, Empire Core has continually conducted itself with commercial good faith and we expect the same in return as we move ever closer to the Final Completion Date of December 7, 2024, a deadline Empire Core remains in position to meet should ORDA not place additional senseless delays in our path.

As you are similarly aware per our prior correspondence, the Standard Contract Terms contain a provision pertaining to the timeliness of payment. The Standard Contract Terms provide that late payments and any interest to be paid to the contractor for such late payments shall be governed by Public Authorities Law § 2880 to the extent required by law. Public Authorities Law § 2880 reads in relevant part: "[a] public authority must establish its own prompt payment policy covering the rules and regulations for the payment of debt and the liability of interest penalties on late payments." ORDA, as a public authority, is plainly subject to Public Authorities Law § 2880 and thus the requirement that it establish its own prompt payment policy. Pursuant to ORDA's prompt payment policy, effective October 1, 2012, § 3, "the date of the payment by the Authority of an amount properly due and owing under a contract shall be no later than thirty (30) calendar days, excluding legal holidays, after such receipt."

As it has been 28 days, please be advised that Empire Core is aware of and intends to enforce § 6 of ORDA's prompt payment policy, which provides that "[i]f [ORDA] fails to make prompt payment, [ORDA] shall pay interest to a contractor on the payment. Interest shall be computed and accrue at the daily rate in effect on the date of payment, as set by the New York State Tax Commission for corporate taxes pursuant to Section 1096(e) of the Tax Law. Interest on such a payment shall accrue for the period beginning on the day after the payment due date and ending on the date of payment." Please be aware that the current daily interest rate is 6%. Please be further aware that Empire Core will seek the maximum interest we are allowed pursuant to ORDA's prompt payment policy and the Tax Law.

As previously communicated with you, Empire Core's goal is to complete all work for the Project to the agreed-upon level of quality, as timely as possible, in the most efficient and safest manner possible. This goal is achievable, but only with your immediate attention to the very serious issues raised above. Empire Core suggests that ORDA cease the fruitless attempts to reduce the amounts we are owed and immediately conclude the delay in approving and paying our September Payment Requisition.

Empire Core's past, present, and future actions and representations are subject to a reservation of rights, remedies, and defenses available to Empire Core under contract, at law or equity or otherwise.

Many thanks in advance for your anticipated cooperation. Should you have any questions concerning the above, please do not hesitate to contact us.

EMPIRECORE
Construction • Development

Very Truly Yours,

Florim Lajqi, CEO

cc:

Ashely Walden
George Collins, PE
Kasey Donahue
Bruce Transue
Edward Kowalewski, Jr.
Andrew Wright
Eric Robert
Jared Yando
Jeff Kujawa
Erik Cox
Kathleen Wilce
Kyle P. Murphy