**From:** Ron O'Connor <ron.oconnor@schoolhouse.construction>
**Sent:** Wednesday, September 25, 2024 2:49 PM
**To:** Erik Cox
**Cc:** Jared Yando; Matt LaClair; George Collins; Henry Mack; Elvis Muriqi; Florim Lajqi; Ashton Walters
**Subject:** Re: Request #1 - Work Schedule?

[EXTERNAL]

So if I counted them as empire men that means you only have 6 men? No work on the main level is being performed.
Will you be working Sunday this week and next weekend?

Get Outlook for iOS

---

**From:** Erik Cox <ecox@empirecore.com>
**Sent:** Wednesday, September 25, 2024 2:20:07 PM
**To:** Ron O'Connor <ron.oconnor@schoolhouse.construction>
**Cc:** Jared Yando <jared.yando@schoolhouse.construction>; Matt LaClair <matt.laclair@schoolhouse.construction>; George Collins <gcollins@orda.org>; Henry Mack <hmack@empirecore.com>; Elvis Muriqi <elvis@empirecore.com>; Florim Lajqi <flajqi@empirecore.com>; Ashton Walters <awalters@empirecore.com>
**Subject:** RE: Request #1 - Work Schedule?

**10/03- 07/24 Wednesday thru Monday for Welding inspection. We will be working Saturdays and weekends so we need welding inspection on a continuous basis .**

ERIK COX
SENIOR PROJECT MANAGER
916.990.7860
EMPIRECORE.COM
199 MAIN STREET 10TH FLOOR
WHITE PLAINS, NY 10601

EMPIRECORE
CONSTRUCTION • DEVELOPMENT

---

**From:** Ron O'Connor <ron.oconnor@schoolhouse.construction>
**Sent:** Wednesday, September 25, 2024 2:08 PM
**To:** Erik Cox <ecox@empirecore.com>
**Cc:** Jared Yando <jared.yando@schoolhouse.construction>; Matt LaClair <matt.laclair@schoolhouse.construction>; George Collins <gcollins@orda.org>; Henry Mack <hmack@empirecore.com>; Elvis Muriqi <elvis@empirecore.com>; Florim Lajqi <flajqi@empirecore.com>; Ashton Walters <awalters@empirecore.com>
**Subject:** Re: Request #1 - Work Schedule?

[EXTERNAL]

Yes, ATL has 6 weld inspectors across the state. A few are on one project for a month or more at a time. They are not sitting around waiting for to request an inspection at the last minute.
Your days of the week do not match the dates, please correct so we can get the correct days/dates.
Ron

Ron O'Connor
Construction Manager
Schoolhouse Construction Services LLC
O: 607 930-4888
C: 845 768-9211
www.schoolhousecs.com

---

**From:** Erik Cox <ecox@empirecore.com>
**Sent:** Wednesday, September 25, 2024 1:48:07 PM
**To:** Ron O'Connor <ron.oconnor@schoolhouse.construction>
**Cc:** Jared Yando <jared.yando@schoolhouse.construction>; Matt LaClair <matt.laclair@schoolhouse.construction>; George Collins <gcollins@orda.org>; Henry Mack <hmack@empirecore.com>; Elvis Muriqi <elvis@empirecore.com>; Florim Lajqi <flajqi@empirecore.com>; Ashton Walters <awalters@empirecore.com>
**Subject:** RE: Request #1 - Work Schedule?

Ron,

See below.

ERIK COX
SENIOR PROJECT MANAGER
916.990.7860
EMPIRECORE.COM
199 MAIN STREET 10TH FLOOR
WHITE PLAINS, NY 10601

EMPIRECORE
CONSTRUCTION • DEVELOPMENT

---

**From:** Ron O'Connor <ron.oconnor@schoolhouse.construction>
**Sent:** Wednesday, September 25, 2024 12:59 PM
**To:** Erik Cox <ecox@empirecore.com>; Elvis Muriqi <elvis@empirecore.com>; Florim Lajqi <flajqi@empirecore.com>; Ashton Walters <awalters@empirecore.com>
**Cc:** Jared Yando <jared.yando@schoolhouse.construction>; Matt LaClair <matt.laclair@schoolhouse.construction>; George Collins <gcollins@orda.org>; Henry Mack <hmack@empirecore.com>
**Subject:** Request #1 - Work Schedule?

[EXTERNAL]

Erik, yesterday in the Project Meeting you stated the following work would be performed today. Need Explanation why this work is not happening today Wednesday Sept 25th. When will this work be scheduled to happen?

Creative Direction would be Cold Form Framing on the Main Level with their own crew - No body is on site . The CF Stud and ACT material arriving today for the upper level.

Hubbell - would be excavating for the Freezer Addition. No body is on site . No, we are excavating it and the $15K that was approved by ORDA was enough to only cover the cost of Excavation.

Lower Level, Kitchen and the Main Level Bathroom Ceiling Grid would be installed. No work is being done in these area's today. ACT material arriving today for the lower level.

Overlook Footing & Structural Fill - No work is being performed. The compaction can be checked today and then they will lay in the rebar for inspection Friday (09/27/24) before the pour on Monday 09/30/24.

We still do not have a schedule from you for Welding Inspections next week. Right now you are looking at next Wednesday if ATL has an opening **. I need them on site 10/03- 07/24 Wednesday thru Friday. They have 6 different welding inspectors.**

**Ron O'Connor**
***Construction Manager***

SCHOOLHOUSE CONSTRUCTION SERVICES LLC

**Office: (607) 930-4888**
**Cell: (845) 768-9211**
ron.oconnor@schoolhouse.construction
www.schoolhousecs.com
Find us on LinkedIn