NEW YORK STATE
**OLYMPIC REGIONAL DEVELOPMENT AUTHORITY**

July 16, 2024

**Via Certified Mail-Return Receipt Requested and E-mail**
**# 7021 0350 0002 1704 3184/9590 9402 8031 2349 0883 92**
Empire Core Group LLC
Attn: Florim Lajqi
199 Main Street, 10th Floor
White Plains, NY 10601
flajqi@empirecore.com

**Via Certified Mail-Return Receipt Requested**
**#7021 0350 0002 1704 3191/9590 9402 8031 2349 0884 08**
Harco National Insurance Company
One Newark Center, 20th Floor
Newark, NJ 07102

**RE: BEL.23.015.100 – Belleayre Ski Center Discovery Lodge (DSC) and Overlook Lodge (OL) Improvements**
**General Contract (G)**
**Notice of Potential Declaration of Default**

Dear Contractor and Surety:

This letter serves as written notice from the New York State Olympic Regional Development Authority (ORDA) that it is considering declaring Empire Core Group LLC (Empire Core) in default under its contract with ORDA for the above-referenced Contract, which was entered into on February 13, 2024 (Contract) (copy enclosed), on account of Empire Core's repeated failure to progress the Work in a manner such that the Final Completion Date of December 7, 2024, for the Discovery Lodge Rental Shop can be obtained.

Notice of Award was issued to Empire Core on February 13, 2024, and Notice to Proceed was issued to Empire Core on March 22, 2024. Copies of both Notices are enclosed.

For your reference and review, we enclose copies of the following:

1. Project Manual – Volumes 1 & 2
2. Empire Core Preliminary Work Plan dated February 7, 2024
3. Empire Core Baseline Schedule dated March 4, 2024
4. Project Baseline Schedule and all Project Schedule Updates
5. ORDA letter to Empire Core dated April 24, 2024, requesting Empire Core provide recovery options in accordance with Contract Documents Section 01 32 00 Construction Progress Documentation, Section 1.09(A)
6. ORDA letter to Empire Core dated May 13, 2024, confirming May 10, 2024, Principals' Meeting items

7. ORDA letter to all Contractors dated May 24, 2024, regarding Contract requirement for Contractor's Schedule Preparer and Procedure for Updating Project Schedule
8. ORDA letter to Empire Core dated June 17, 2024, requesting Empire Core provide recovery options in accordance with Contract Documents Section 01 32 00 Construction Progress Documentation, Section 1.09(A), by no later than close of business on Monday June 17, 2024.
9. E-mails from Empire Core's CEO, Florim Lajqi, dated May 15, 20, and 22, 2024, and June 18, 2024
10. Agenda for Empire Core Recovery and Progress Meeting of July 9, 2024
11. E-mails from Empire Core's CEO, Florim Lajqi, dated July 12 and 15, 2024

With respect to the Recovery and Progress Meeting held July 9, 2024, with Empire Core, Florim Lajqi agreed to provide a formal recovery schedule and a schedule update by end of day on Friday July 12, 2024. No such schedule or update was provided and, in fact, by e-mail dated July 12, 2024, and sent at 9:16 AM, Florim Lajqi wrote "WE REFUTE THAT THE PROJECT IS 41 DAYS BEHIND SCHEDULE."

As of the Project Schedule Update dated June 25, 2024, Empire Core was forty-one (41) days behind schedule on the Discovery Lodge Rental Shop, and as of the Project Schedule Update dated July 9, 2024, and distributed on July 12, 2024, at 3:12 PM, Empire Core is thirty-one (31) days behind schedule. Notwithstanding these schedules and ORDA's requests, to date, Empire Core has failed to provide the requested recovery options in accordance with the requirements of Contract Documents Section 01 32 00 Construction Progress Documentation, Section 1.09(A).

Empire Core's failure to provide the requested recovery options, and to progress the Work in a manner such that the Final Completion Date of December 7, 2024, for the Discovery Lodge Rental Shop can be obtained, are material breaches of the Contract.

Accordingly, you are hereby requested to attend a hearing on July 25, 2024, at 11:30 AM at the Project Site construction trailer located at 181 Galli Curci Road, Highmount, New York 12441, to discuss methods of performing and completing the Contract Work. See, Contract General Conditions Article 13.

Should you have any questions or require anything further, please contact the undersigned.

Sincerely,

Kirk Bassarab, PE
Interim Director of Environmental, Planning and Construction

Enclosures
ec: Ashley Walden – ORDA President & CEO
George Collins, PE – ORDA Office of Environmental, Planning & Construction
Kasey Donahue – ORDA Office of Environmental, Planning & Construction
Bruce Transue – ORDA Belleayre Ski Center
Edward Kowalewski, Jr. – ORDA Assistant Counsel
Andrew Wright – QPK Design
Eric Robert – Schoolhouse Construction Services
Jared Yando – Schoolhouse Construction Services
Jeff Kujawa – Trophy Point Construction Services & Consulting