NEW YORK STATE
**OLYMPIC REGIONAL DEVELOPMENT AUTHORITY**

September 9, 2024

**Via Certified Mail-Return Receipt Requested and E-mail**
**# 7022 0410 0001 0021 6527**
Empire Core Group LLC
Attn: Florim Lajqi
199 Main Street, 10th Floor
White Plains, NY 10601
flajqi@empirecore.com

**Via Certified Mail-Return Receipt Requested and E-mail**
**#7019 1640 0001 7108 0418**
Harco National Insurance Company
Attn: Kyle P. Murphy, Esq.
One Newark Center, 20th Floor
Newark, NJ 07102

**RE: BEL.23.015.100 – Belleayre Ski Center Discovery Lodge (DSC) and Overlook Lodge (OL) Improvements**
**General Contract (G)**
**Notice of Potential Declaration of Default**

Dear Florim Lajqi and Kyle P. Murphy:

This letter serves as written notice from the New York State Olympic Regional Development Authority (ORDA) that it remains concerned with the lack of progress by Empire Core Group LLC (Empire Core) under its contract with ORDA for the above-referenced Contract and is considering declaring Empire Core in default under the Contract. Since the meeting held on July 25, 2024, Empire Core has repeatedly failed to progress the Work in a manner such that the Final Completion Date of December 7, 2024, for the Discovery Lodge Rental Shop can be obtained.

As of the Project Schedule Update dated September 4, 2024 (copy enclosed), Empire Core was thirty (30) days behind schedule on the Discovery Lodge Rental Shop, and forty-nine (49) days behind schedule on the Discovery Lodge as a whole. Empire Core's failure to progress the Work in a manner such that the above-referenced Completion Dates can be obtained, is a material breach of the Contract.

Accordingly, you are hereby requested to attend a hearing on September 12, 2024 at 10:30 AM at the Project Site construction trailer located at 181 Galli Curci Road, Highmount, New York 12441, to discuss methods of performing and completing the Contract Work. See, Contract General Conditions Article 13. The proposed Agenda is enclosed for your reference.

Kirk Bassarab, PE • Director of Environmental, Planning & Construction
37 Church Street, Lake Placid, NY 12946 • Phone: (518) 302-5374 • Fax: (518) 523-4309
Email: kbassarab@orda.org • Internet: www.orda.org

NEW YORK STATE OF OPPORTUNITY.

Should you have any questions or require anything further, please contact the undersigned.

Sincerely,

Kirk Bassarab, PE
Director of Environmental, Planning and Construction

Enclosures
ec: Ashley Walden – ORDA President & CEO
George Collins, PE – ORDA Office of Environmental, Planning & Construction
Kasey Donahue – ORDA Office of Environmental, Planning & Construction
Bruce Transue – ORDA Belleayre Ski Center
Edward Kowalewski, Jr. – ORDA Assistant Counsel
Ginny MacCallum – ORDA MWBE & SDVOB Utilization Compliance
Andrew Wright – QPK Design
Eric Robert – Schoolhouse Construction Services
Jared Yando – Schoolhouse Construction Services
Jeff Kujawa – Trophy Point Construction Services & Consulting