*"Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties."*

**PROOF OF CLAIM FORM**

State of New York

County of Westchester

I, André Wallace, a Owner
(Name of Officer, Partner, Owner) (Position in Firm)

of Creative Direction Construction & Design, LLC. aka CDCD
(Name of Claimant)

28 East First Street Mount Vernon, NY 10550
(Address)

on behalf of firm, being duly sworn according to law, upon my oath depose and say:

1). Claimant, between the dates of 9/1/2024 and 10/28/2024 furnished, sold and delivered Contruction Services & Meterial
(Describe services or materials)

to Empire Core Group, LLC for the construction of
(Name of Contractor/Subcontractor)

Belleayre Ski Center DSC and OL in accordance with a
(Contract Name/Number)

X Subcontract, X Change Orders or _____ Purchase Order dated ________, a copy of which is attached hereto, for the agreed price of $ 5,430,699.08 which $ $83,836.29 has been paid,
(Total Paid)

leaving a balance due of $ $1,027,946.63;
(Total Unpaid)

2). Attached hereto are 2 Invoices, 2 Requisitions for Payment, and/or _____ Delivery Tickets, and a statement showing the deliveries or progress estimates furnished to Empire Core Group, LLC and the amount due to Claimant;

(Contractor)

3). Claimant served notice of said balances due it by Certified Mail, Return Receipt Requested, dated _____ on _____, Surety, _____ Contractor, _____ Owner, (copies of signed return receipt attached), and there is no just credit or offset due against said balance;

4). Claimant made no assignment of any part of said balance except to NA;

5). There are no liens or encumbrances against said balance except that of NA;

6). Claimant has paid in full for all labor and materials furnished and supplied it for said job except the claims of the persons or firms whose names, addresses and amounts due them are as follows: NA;

7). The foregoing information is furnished to the Surety in support of the claim and it is understood that the furnishing of this form or the acceptance and/or retention thereof by the Surety does not constitute a waiver of any of the terms of the Surety's bond nor any defenses the Surety may have, not an admission of liability thereunder.

8.). The undersigned has full authority to sign this affidavit on behalf of the Claimant.

9). The Claimant is authorized to do business in the state where the project is located.

10). The foregoing claim is being made against Bond No. BOHNSU836336 (if known) and a copy of the Bond is _____ attached hereto X unavailable.

Signed ____________________
(Officer, Partner, Owner)

For Creative Direction Construction & Design
(Name of Claimant)

Sworn to and subscribed before me
This 26 day of November, 2024

____________________

SAMUEL L. RIVERS
NOTARY PUBLIC
STATE OF NEW YORK
Qualified in Westchester County
01RI6295775
MY COMMISSION EXPIRES JANUARY 13, 2026