UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
CREATIVE DIRECTION CONSTRUCTION & DESIGN, LLC,

Plaintiff,

-against-

HARCO NATIONAL INSURANCE COMPANY,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CIVIL ACTION NO. 1:25-cv-00179-FJS-DJS

**PLAINTIFF'S RULE 26(A)(1) INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE (FRCP), Plaintiff CREATIVE DIRECTION CONSTRUCTION & DESIGN, LLC ("**CDCD**" or "**Plaintiff**"), by and through its attorney, WILSON & CHAN, LLP, hereby provides the following initial disclosures:

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

DISCLOSURE:

Plaintiff's initial disclosure is made without the benefit of any discovery. Plaintiff reserves the right to amend its disclosures to add additional witnesses.

(1) Creative Direction Construction & Design, LLC
29 Linden Avenue, Mount Vernon, New York 01552
André Wallace
Information includes: full knowledge of dispute.

B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and

that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

DISCLOSURE:

Upon information and belief, at this time, Plaintiff states that all documents relevant to this case that are in the possession of CDCD and are located at 29 Linden Avenue, Mount Vernon, New York, 01552.

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under FRCP 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

DISCLOSURE:

Upon information and belief, at this time, Plaintiff states that all documents relevant to the computation of damages that are in the possession of CDCD and are located at 29 Linden Avenue, Mount Vernon, New York, 01552.

D. For inspection and copying as under FRCP 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

DISCLOSURE:

Upon information and belief, at this time, Plaintiff states that all insurance agreements relevant to this action are located at the following:

(1) Harco National Insurance Company
One Newark Center, 20th Floor, Newark, New Jersey 07102

(2) Empire Core Group, LLC
199 Main Street, 10th Floor, White Plains, New York 10601

(3) Creative Direction Construction & Design, LLC
29 Linden Avenue, Mount Vernon, New York, 01552

Dated: Port Washington, New York
March 24, 2025

By: ______________________________

Steven Glassberg, Esq. (SG2480)
*Attorneys for Plaintiff*
**CREATIVE DIRECTION CONSTRUCTION & DESIGN, LLC**
8 Haven Avenue, Suite 215
Port Washington, New York 11050
Tel: (516) 767-6711

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Rule 26 Initial Disclosures was served on March 24, 2025, *via email* upon all parties.

By: ____________________________
Steven Glassberg, Esq.

To: Adam P. Friedman, Esq.
Chiesa Shahinian & Giantomasi PC
11 Times Square, 34th Floor
New York, NY 10036
afriedman@csglaw.com