lohud.

MOUNT VERNON

# Judge rules Andre Wallace is mayor, invalidating council choice of Lisa Copeland



Jonathan Bandler
The Journal News

Aug. 15, 2019 | Updated Aug. 16, 2019, 7:16 a.m. ET

A state judge has ruled Andre Wallace is the mayor of Mount Vernon and will remain so through the end of the year.

That ruling should end 37 days of chaos over who is running the city.

“Mr. Wallace, you have a job ahead of you,” state Supreme Court Justice Lawrence Ecker told the mayor, to applause from Wallace’s supporters. He earlier said that the residents of Mount Vernon "should not be made to endure the stalemate one minute longer."

The decision was a blow to the City Council, which thought it had made Lisa Copeland the acting mayor when it chose her to replace Wallace as council president two weeks ago.

Wallace said there would be no hard feelings as he urged the council to work with him and Comptroller Deborah Reynolds.

"It's time to get back to work," he said. "We've had a lot of distractions, we've got that out of the way... Let's get our city healed. Let's stop with the nonsense. Let's stop with the fighting and everybody get back to work."

Wallace finished last in the four-way Democratic primary June 25 but will still be on the ballot in November as the Republican candidate. Shawyn Patterson-Howard, the primary winner, is the odds on favorite as Democrats hold a 12-to-1 advantage among the city's registered voters.

The turmoil began July 10 when the council deemed Richard Thomas to have forfeited the mayoralty two days earlier when he pleaded guilty to a pair of misdemeanors for misappropriating campaign funds in 2015.

The line of succession made the council president, Wallace, the acting mayor.

But Thomas didn't budge, remaining in the mayor's office as he insisted his plea agreement with state prosecutors allowed him to stay on until Sept. 30.

Thomas eventually went to court after his pay was cut, seeking a restraining order that would block Wallace from acting as mayor.

But on July 31, Ecker ruled against him, finding that Thomas had forfeited the office as of July 8.

That night, Thomas began emptying his office. But on Aug. 2, angered by some of Wallace's moves and his failure to consult them, the council voted to replace him as council president with Copeland. They deemed her the new acting mayor and with the help of a key from Thomas, she took over the mayor's office.

And in a clear sign that politics does make strange bedfellows, the council teamed up with Thomas, agreeing to pay him $35,000 in exchange for his formal resignation and an end to his lawsuit.

Wallace voted against both measures, insisting the council cannot change its leadership mid-year and cannot switch the acting mayor once one is in place. He called the resignation meaningless because Thomas no longer had a position from which to resign.

Wallace mostly held the upper hand throughout the five weeks as he had access to city financial matters through his alliance with Comptroller Deborah Reynolds.

The one area where he was significantly rebuffed was in the police department, where top officials refused to accept the authority of his choice for commissioner, Shawn Harris, and even arrested Harris for trespassing when he tried to enter the commissioner's office a month ago. The DA said it was unlikely to prosecute that charge.

Wallace said his first order of business would be to get Harris squared away in police headquarters - if for no other reason, he quipped, that Harris needed to stop working out of the corporation counsel's office, the clerk's office and even a diner in Fleetwood.

Copeland generally kept a low profile over the past two weeks, meeting daily with council members in a setup that seemed like "mayor-by-posse." Her biggest move was to chair a Board of Estimate & Contract meeting last week to approve the $35,000 settlement with Thomas. Wallace insisted the meeting was invalid as he chairs the board.

She and Wallace were cordial throughout the two weeks. They shared a light moment before entering the courtroom Thursday. Afterwards, she sought out Wallace in the crowd to shake his hand but her council colleagues pulled her away to speak with their lawyer.

Councilwoman Janice Duarte made a brief statement outside the courthouse, saying the council would respect the judge's ruling. As she walked away to her city SUV - which she would have for the last time - Copeland suggested to reporters that they'd have no choice but to work with Wallace.

"Ultimately, we all have to work together to make the city better," she said.

Ecker categorically rejected the arguments of Jeffrey Buss and Richard St. Paul, the lawyers for Thomas and the council respectively, who had requested that the judge discontinue the case simply on the basis of Thomas' resignation and the settlement.

The judge said that would be prejudicial to Wallace and Reynolds and was an apparent attempt by Buss and St. Paul "to avoid the consequences of an adverse determination."

Ecker granted the motions by Wallace and Reynolds that sought a declaration that the mayoralty was vacant as of July 8 and that Wallace assumed the position then because he was council president. He also agreed with Wallace's interpretation that the charter does not allow the acting mayor to be switched until a successor mayor — the one who will be elected Nov. 5 — is sworn in Jan. 1.

Wallace's lawyers, Jeffrey Wilson and Henry Chan, said the judge's ruling left no ambiguity as to who was in charge at City Hall.

The ruling also cleared up that Wallace was authorized to make personnel moves, particularly the dismissals of Lawrence Porcari and Nina Crispino, Thomas' corporation counsel and human resources commissioner, respectively.

The council had misinterpreted the charter, suggesting he had to wait 60 days. But that refers only to instances when the acting mayor is in place due to disability and absence, not a vacancy like in Thomas' case.

The judge did not address the issues of whether the council could reorganize mid-year or the validity of the Thomas settlement. But because Wallace did not call the Board of Estimate meeting - and either Duarte or Copeland was not a member of the board - the vote on the settlement is unlikely to stand.

On a day when Ecker tried to make things as clear as possible, St. Paul ended things with one more ambiguity: he would not say whether the council was considering an appeal - only that they had not made a decision about one.

**TIMELINE: The mayoral fiasco from Thomas-Wallace to Wallace-Copeland**

**MOUNT VERNON: Control of PD takes center stage in mayoral battle**

**BUILDING ISSUES: Mount Vernon, Ramapo show what's wrong with building code enforcement**

TOT IN HOT CAR: New Rochelle dad accused of leaving son in hot car in Queens

**SUBSCRIBE: A variety of special offers to follow lohud's news coverage**

FOR SUBSCRIBERS: 13 new dining spots to check out in Westchester, Rockland and Putnam

*Twitter: @jonbandler*