lohud.

NEWS

# Mount Vernon IDA legal spending by Andre Wallace during brief mayoral stint challenged

*The partner in a law firm that received $174,000 in legal fees from the Mount Vernon IDA -- and says his firm is owed $51,000 more -- is refusing to return the money.*



**Jonathan Bandler**
Rockland/Westchester Journal News

Updated Aug. 5, 2020, 7:46 a.m. ET

The law firm that represented former Mount Vernon Mayor Andre Wallace during his brief stint in office last year received nearly $175,000 from the city's Industrial Development Agency – even though the agency was essentially dormant and Wallace acted alone to retain the firm.

The payments were made in four checks to Wilson & Chan, signed by Wallace, in November and December. They were part of a pattern of spending that raises questions about how Wallace, albeit the IDA chairman, had the authority to act when there was no board of directors and he had fired the agency staff.

Last month, the IDA under the new mayor, Shawyn Patterson-Howard, asked for the money back, according to correspondence obtained by The Journal News/lohud through a Freedom of Information request.

But partner Jeffrey Wilson said that would not be happening - and insisted there was nothing in the IDA bylaws that prevented Wallace from acting in the absence of the board. He said his firm is still owed $51,000 for invoices that were not paid after Jan. 1.

"I can't get my time back so they're not going to get their money back," he said Tuesday. . "We were instructed to do ongoing legal work and we did."

The IDA is independent of the city budget and runs not on taxpayer funds but on fees collected from developers that receive the agency's financial assistance.

The payments to Wilson & Chan were separate from the more than $500,000 the firm received from the city in 2018 and 2019. The firm was also paid $167,000 in 2019 by the Board of Water Supply, another City Hall agency with its own finances.

**IDA: Comptroller balks at taking partial PILOT payments**

**TIMELINE: Mount Vernon's mayoral mess**

One of the IDA expenditures was for nearly $10,000 to a media company for a commercial to run in the weeks before the November election. Wallace, who narrated the 30-second commercial and appeared at the end of it, was in a desperate, longshot, ultimately unsuccessful bid to win on the Republican line after he'd finished last in the Democratic primary.

Another was for consulting work by a former city employee who said he got a contract from the mayor.

Asked this week what gave him the authority to make payments, hire lawyers and consultants and buy air time without a governing board, Wallace's answer was simple. He did.

"Absent the board, the IDA doesn't just shut down," he said.

But Jeffrey Pearlman, director of the state Authorities Budget Office which oversees IDAs and other such agencies across New York, said that Wallace should not have acted alone.

"We are not aware of any laws, including (state) General Municipal Law or in MVIDA's enabling statute that would allow for these actions," Pearlman wrote in an email when asked about the payments Wallace approved on his own. "We also have not found it to be commonplace for an authority board member to have this type of power."

Wallace said there were lawsuits that Wilson & Chan had to deal with and reviews of the spending practices of the IDA under the previous mayor, Richard Thomas.

And he insisted the commercial had nothing to do with the election.

"We were still clearing up things, we had to show Mount Vernon in a different light," he said.

Wallace was elevated from city council president to mayor July 10, 2019, after Thomas pleaded guilty to misdemeanor theft charges related to his campaign finances. Thomas fought to keep his office – and the city council also tried to replace Wallace with Councilwoman Lisa Copeland – but in mid August a state judge ruled that the seat was Wallace's until the end of the year.

He was trounced in the November election by Patterson-Howard. She has resurrected the IDA, although it has lost its ability to issue tax exemptions because it was a few years behind on filing annual reports with the state Authorities Budget Office.

The mayor declined to comment on Wallace's IDA spending.

Wallace signed a retainer with Wilson & Chan in August. He had Wilson and other consultants review the agency's finances and pending lawsuits. Wilson had been at Wallace's side throughout the battle over the mayoralty, arguing his case in court. He had also previously represented Wallace and his construction company in a lawsuit over the city's nonpayment of the company's uncompleted work on the emergency operations center at the Third Street firehouse.

Invoices for work by Wilson and his partner, Henry Chan, who each billed $450 an hour, showed they defended the IDA against a lawsuit by the Mount Vernon school district over the payments-in-lieu-of taxes the district receives from IDA projects.

In another case, the invoices reflected more than 60 hours of work to evaluate a lawsuit by Universal Engineering Services, which claimed it was never paid more than $600,000 for the work it did running the city buildings department.

That expenditure of $27,000 in legal fees amounted to nothing as Wilson & Chan was never formally made the IDA's lawyer in that case. And the only formal action taken wasn't even by the firm - but by a city lawyer on Dec. 31, 2019, in an agreement that the IDA would get more time to answer the lawsuit.

When the law firm of Harris Beach took over the case, they used none of Wilson's work in a motion to dismiss the lawsuit. The main argument was that Thomas and his IDA board never had the authority to have Universal do work for the city. A judge did allow Universal to add the city as a defendant in May and the lawsuit is still pending.

*Twitter: @jonbandler*