SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------- x
FORETRUST FUNDING LLC.,

Plaintiff,

-against-

EMPIRE CORE GROUP, LLC and FLORIM LAJQI,

Defendants.
---------------------------------------- x

Index No.: 513377/2025

**VERIFIED ANSWER**

**PLEASE TAKE NOTICE,** that **Defendants EMPIRE CORE GROUP, LLC** ("**Empire Core**" or "**Company Defendant**") and **FLORIM LAJQI** ("**Lajqi**" or "**Guarantor**") (collectively, the "**Defendants**"), by and through its attorneys, WILSON & CHAN, LLP, as and for its Verified Answer to **Plaintiff FORETRUST FUNDING LLC's** ("**Foretrust**" or "**Plaintiff**") Verified Complaint, dated April 22, 2025 (the "**Answer**"), hereby states and alleges as follows:

1. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs "1" of the Verified Complaint.

2. Defendants admit the allegations contained in Paragraph "2" of the Verified Complaint.

3. Defendants admit the allegations contained in Paragraphs "3" of the Verified Complaint.

4. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs "4" of the Verified Complaint.

5. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs "5" of the Verified Complaint.

6. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs "6" of the Verified Complaint.

7. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs “7” of the Verified Complaint.

8. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs “8” of the Verified Complaint.

9. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs “9” of the Verified Complaint.

10. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs “10” of the Verified Complaint.

11. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs “11” of the Verified Complaint.

12. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs “12” of the Verified Complaint.

**AS AND FOR AN ANSWER TO PLAINTIFF’S FIRST CAUSE OF ACTION: BREACH OF CONTRACT**

13. Defendants repeat and reallege each and every answer to the allegations set forth in Paragraphs “1” through “12” of the Verified Complaint as if they were fully set forth herein.

14. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs “14” of the Verified Complaint.

15. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs “15” of the Verified Complaint.

16. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs “16” of the Verified Complaint.

17. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs “17” of the Verified Complaint.

18. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs "18" of the Verified Complaint.

**AS AND FOR AN ANSWER TO PLAINTIFF'S SECOND CAUSE OF ACTION: PERSONAL GUARANTEE**

19. Defendants repeat and reallege each and every answer to the allegations set forth in Paragraphs "1" through "18" of the Verified Complaint as if they were fully set forth herein.

20. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraphs "20" of the Verified Complaint.

21. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "21" of the Verified Complaint.

22. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "22" of the Verified Complaint.

**AS AND FOR AN ANSWER TO PLAINTIFF'S SECOND CAUSE OF ACTION: PERSONAL GUARANTEE**

23. Defendants repeat and reallege each and every answer to the allegations set forth in Paragraphs "1" through "22" of the Verified Complaint as if they were fully set forth herein.

24. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "24" of the Verified Complaint.

25. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "25" of the Verified Complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

26. Upon information and belief, this court lacks personal jurisdiction over the Defendants.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

27. Upon information and belief, Plaintiff has failed to state within its Verified Complaint a cause of action upon which relief can be granted.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

28. Upon information and belief, Plaintiff is barred from recovery in this proceeding by the doctrines of unclean hands, laches, and/or acquiescence.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

29. Upon information and belief, Plaintiff breached the alleged contract between Plaintiff and Defendant.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

30. Upon information and belief, the Defendants have fulfilled any and all of its alleged contractual obligations to Plaintiff.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

31. Upon information and belief, Plaintiff's causes of action are barred by the statute of frauds.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

32. Upon information and belief, Plaintiff's causes of action are barred by reason of Plaintiff's failure to satisfy conditions precedent to payment pursuant to the alleged agreement between Plaintiff and the Defendants.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

33. Upon information and belief, Plaintiff's alleged damages were caused in whole or in part by the Plaintiff's culpable conduct.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

34. Upon information and belief, Plaintiff failed to mitigate, obviate, or otherwise take reasonable steps to diminish their alleged damages, if any.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

35. Upon information and belief, Plaintiff failed to properly and timely notify Defendants of the amount of its alleged indebtedness.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

36. Defendants currently have insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, defenses available. Accordingly, Defendants reserve their rights to assert additional defenses in the event discovery indicates they are appropriate.

**WHEREFORE,** the Defendants respectfully requests that this Honorable Court issue an Order:

a. Dismissing the Verified Complaint in its entirety;

b. Awarding the Defendants the costs of this action, including reasonable attorneys' fees and expenses, expert's fees and other disbursements; and

c. Granting such further and other relief as may be just and proper.

Dated: New York, New York
May 12, 2025

Wilson & Chan LLP

By: ____________________________
Henry C. Chan, Esq.
*Attorneys for Defendants*
**EMPIRE CORE GROUP LLC** and
**FLORIM LAJQI**
733 Third Avenue, 16th Floor
New York, New York 10017
Tel: (646) 790-5848
hchan@wilsonchanlaw.com

To:

Jeffrey Zachter
ZACHTER PLLC
*Attorneys for Plaintiff*
**FORETRUST FUNDING LLC**
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (646) 779-3294

Mail To:
2 University Plaza, Suite 205
Hackensack, New Jersey 07601
Tel: (201) 500-6576

## ATTORNEY VERIFICATION

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Henry Chan, Esq., an attorney duly admitted to practice law before the Courts of the State of New York, affirms the truth of the following under penalty of perjury.

That I am associated with the law firm of WILSON & CHAN, LLP, attorneys for the Defendants in the instant action, that I have read the foregoing VERIFIED ANSWER and know the content thereof, and that upon information and belief I believe the matters alleged therein to be true.

The reason this Verification is made by deponent and not by the Defendants is that the Defendants reside in a County other than the one in which the Defendants' attorneys maintain their office.

The source of deponent's information and grounds of my belief are communications, papers, reports, and investigations contained in this file.

Dated: New York, New York
May 12, 2025

Henry Chan, Esq.

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

Henry C. Chan, being duly sworn deposes and says:

Deponent is not a party to the action, is over eighteen (18) years of age and resides in New York County, New York.

On May 12, 2025, deponent served the within VERIFIED ANSWER to all parties *via NYSCEF*:



Henry Chan, Esq.

To:

Jeffrey Zachter (*via NYSCEF)*
ZACHTER PLLC
*Attorneys for Plaintiff*
**FORETRUST FUNDING LLC**
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (646) 779-3294

Mail To:
2 University Plaza, Suite 205
Hackensack, New Jersey 07601
Tel: (201) 500-6576