**From:** Alexandra Doulos
**To:** Friedman, Adam
**Cc:** Henry Chan, Esq.
**Subject:** Re: Harco National Insurance Company v. Empire Core Group LLC et al (60098/2025)
**Date:** Wednesday, April 23, 2025 12:26:23 PM
**Attachments:** image001.png

---

Thank you for your courtesy. Obviously, we will reciprocate in the future.

Regards,

--------------------
Alexandra M. Doulos | Wilson & Chan, LLP | 733 Third Avenue, 16th Fl. | New York, NY 10017 | tel: (646) 790-5848 | fax: (646) 417-7879 | adoulos@wilsonchanlaw.com | web: www.wilsonchanlaw.com

This message is being sent from a law firm and may contain information, which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. IRS Circular 230 Disclosure: To ensure compliance, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under IRS Code.

---

**From:** Adam <AFriedman@csglaw.com>
**To:** Alexandra <adoulos@wilsonchanlaw.com>
**Date:** Wednesday, 23 April 2025 12:04 PM EDT
**Subject:** RE: Harco National Insurance Company v. Empire Core Group LLC et al (60098/2025)

30 days is fine, measured from the earliest date a response is due, which I have as April 28. So we'll consent to extend the time for all defendants to answer, move, or otherwise respond to the Complaint to May 28. This e-mail exchange suffices to confirm the extension for my purposes. I don't need a stipulation.

Adam

**ADAM P. FRIEDMAN**
Chair, Surety & Fidelity
Chiesa Shahinian & Giantomasi PC

**O** 973.530.2029
**F** 973.530.2229
afriedman@csglaw.com
105 Eisenhower Parkway | Roseland, NJ 07068
11 Times Square, 34th Floor | New York, NY 10036

csglaw.com

**From:** Alexandra Doulos <adoulos@wilsonchanlaw.com>
**Sent:** Wednesday, April 23, 2025 8:26 AM
**To:** Friedman, Adam <AFriedman@csglaw.com>
**Cc:** Henry Chan, Esq. <hchan@wilsonchanlaw.com>
**Subject:** Harco National Insurance Company v. Empire Core Group LLC et al (60098/2025)

Good morning counselor:

I am an associate with Wilson & Chan, LLP. Our firm has recently been retained to represent Defendants in the above-mentioned action.

I am reaching out to respectfully request a thirty-day extension of time to answer or otherwise move.

Kindly confirm receipt of this email correspondence.

Regards,

--------------------
Alexandra M. Doulos | Wilson & Chan, LLP | 733 Third Avenue, 16th Fl. | New York, NY 10017 | tel: (646) 790-5848 | fax: (646) 417-7879 | adoulos@wilsonchanlaw.com | web: www.wilsonchanlaw.com

This message is being sent from a law firm and may contain information, which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. IRS Circular 230 Disclosure: To ensure compliance, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under IRS Code.

***Please Note:*** *The information contained in this email message is a PRIVATE communication that may contain confidential attorney-client information. If you are not the intended recipient, do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.*

*Thank you.*

---