GLASSBERG & ASSOCIATES, LLC
8 HAVEN AVENUE, SUITE 215
PORT WASHINGTON, NY 11050
INFO@GLASSBERGASSOCIATES.COM
WWW.GLASSBERGASSOCIATES.COM

May 27, 2025

***Via ECF***

The Honorable Frederick J. Scullin, Jr.
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

Re: Creative Direction Construction & Design, LLC v. Harco National Ins. Co.
Docket No.: 1:25-cv-00179 (FJS/DJS)

Dear Judge Scullin:

My firm represents the plaintiff, Creative Direction Construction & Design, LLC, in the above-referenced matter.

With the gracious consent of Defendant's counsel, this letter requests a one-week extension for Plaintiff's reply to Defendant's opposition to Plaintiff's motion for summary judgment. The current schedule sets Plaintiff's opposition due on May 29, 2025. We respectfully request that the deadline for Plaintiff's reply be extended until June 5, 2025. The reason for this request is the delay caused by the intervening federal holiday, Memorial Day, between Defendant's deadline for submitting their opposition, May 22, 2025, and the current prospective date of Plaintiff's reply on Thursday; we require additional time to fully marshal the evidentiary support for Plaintiff's reply.

Thank you for your consideration of this request.

Respectfully,

/s Steven Glassberg, Esq.

cc: Adam P. Friedman, Esq. (via ECF)