UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CREATIVE DIRECTION CONSTRUCTION & DESIGN, LLC,

Plaintiff,

- against -

HARCO NATIONAL INSURANCE COMPANY,

Defendant.
----------------------------------------------------------X

**NOTICE OF APPEAL**

Docket No.: 25-cv-179 (FJS/DJS)

**PLEASE TAKE NOTICE** that defendant **HARCO NATIONAL INSURANCE COMPANY** appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on September 29, 2026 (ECF No. 23).

Dated: October 22, 2026

**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Defendant
*Harco National Insurance Company*

By: *s/ Adam P. Friedman*
Adam P. Friedman

Bar Roll No.: 510050
11 Times Square, 34th Floor
New York, New York 10036
(212) 973-0572
afriedman@csglaw.com