UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
CREATIVE DIRECTION CONSTRUCTION
& DESIGN, LLC,

Plaintiff,

CIVIL ACTION NO.
1:25-cv-00179-FJS-DJS

-against-

HARCO NATIONAL INSURANCE
COMPANY,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Steven Glassberg, an attorney admitted in the State of New York and this Honorable Court, states under the penalties of Perjury as Follows:

1. I am the principal of Glassberg & Associates, LLC attorney for Plaintiff CREATIVE DIRECTION CONSTRUCTION & DESIGN, LLC.
2. I submit this affidavit pursuant to the Order of the Hon. Frederick J. Scullin, Jr., Sr. U.S. District Judge.
3. I am the sole attorney and / or staff member who has worked on this case file. Records reflecting the work performed and explanation thereof are attached to this affidavit.
4. My hourly rate charged to the Plaintiff is $450.00 / hour.
5. I have been a practicing attorney for over two decades and I have been the principal of my own law firm since 2005. I was admitted to the Connecticut State Bar in 2002. The New York State Bar in 2003. Eastern District of New York in 2003, the Southern District of New York in 2003 and the Northern District of New York in 2025.

6. My practice areas during this time have been focused upon the real estate and construction industries, including spending 3 years as in house Counsel at a midsize construction company

Dated: Port Washington, New York
October 28, 2026

GLASSBERG & ASSOCIATES, LLC

By: ______________________________

Steven Glassberg, Esq.
*Attorneys for Plaintiff*
**CREATIVE DIRECTION CONSTRUCTION & DESIGN, LLC**
8 Haven Avenue, Suite 215
Port Washington, NY 11050
516 767 6711

GLASSBERG & ASSOCIATES, LLC
8 HAVEN AVENUE, SUITE 215
PORT WASHINGTON, NY 11050
INFO@GLASSBERGASSOCIATES.COM
WWW.GLASSBERGASSOCIATES.COM

**VIA EMAIL DELIVERY**
ANDRE WALLACE
<emg4000@aol.com>

Billing Date: February 28, 2025

For legal services rendered January 31, 2025 – February 28, 2025

CIVIL ACTION NO. 1:25-cv-00179-FJS-DJS

| | |
|---|---|
| 1/31/25 – Rcvd Retainer back from Andre. Review docs in preparation for call with Henry and Andre .... | 2.2 hours |
| 1/31/25 – Start reviewing claims for Complaint .... | 1.3 hours |
| 2/5/25 – call with Henry and Andre .... | .4 hours |
| 2/5/25 – call with Frank (Surety contact) – follow up call with Henry and Andre .... | .5 hours |
| 2/5/25 – Begin drafting Complaint .... | 2.0 hours |
| 2/6/25 – Finish Complaint forward to Andre .... | .3 hours |
| 2/7/25 – Filed Complaint .... | .2 hours |
| 2/10/25 – rcvd ECF notification from NDNY. Index number assigned. Emailed Henry | .1 hours |
| 2/11/25 – start working on Amended Complaint .... | .4 hours |
| 2/12/25 – filed AOS on Pacer .... | .1 hours |
| 2/12/26 – Work on Amend Complaint .... | .7 hours |
| 2/13/25 – filed amended Complaint. Rcvd call from NDNY to file directly to case, not as opening document – refiled .... | .3 hours |
| 2/24/25 – Start Discovery Demands and Rule 26 .... | 1.8 hours |
| 2/27/25 – Continue drafting Disc and Rule 26 .... | 1.0 hours |

11.3 hours @ $450.00/ hour $5,085.00

Fees: Civil Cover Sheet - $405

| | |
|---|---|
| Fees | $405.00 |
| **Past Due** | **$0.00** |
| **Paid** | |
| **Current Due** | **$5,490.00** |

**TOTAL DUE** **$2,475.00**

GLASSBERG & ASSOCIATES, LLC
8 HAVEN AVENUE, SUITE 215
PORT WASHINGTON, NY 11050
INFO@GLASSBERGASSOCIATES.COM
WWW.GLASSBERGASSOCIATES.COM

**VIA EMAIL DELIVERY**
ANDRE WALLACE
<emg4000@aol.com>

Billing Date: March 31, 2025

For legal services rendered March 1, 2025 – March 31, 2025

CIVIL ACTION NO. 1:25-cv-00179-FJS-DJS

3/3/25 – continue Drafting Disc and Rule 26 ........................................ 1.0 hour
3/6/25 – Emails with Adam Friedman, atty for Harco, gave extension until 3/20 to Answer .1 hour
3/7/25 – call with Friedman ........................................ .4 hours
3/24/25 – Served Rule 26 and Disc Demands ........................................ .2 hours
3/25/25 – start reviewing Judge's Rules and Client Information for SJ motion ......... .6 hours
3/26/25 – Research various topics for SJ Motion ........................................ 2.3 hours
3/28/25 – Research for relevant Cases, start drafting SJ ........................................ 3.0 hours
3/31/25 – Continue Drafting SJ ........................................ 2.0 hours

9.6 hours @ $450.00/ hour $4,320.00

Fees: Civil Cover Sheet - N/A

| | |
|---|---|
| Fees | $ |
| **Past Due** | **$5,490.00** |
| **Paid** | |
| **Current Due** | **$4,320.00** |
| | |
| **TOTAL DUE** | **$9,810.00** |

GLASSBERG & ASSOCIATES, LLC
8 HAVEN AVENUE, SUITE 215
PORT WASHINGTON, NY 11050
INFO@GLASSBERGASSOCIATES.COM
WWW.GLASSBERGASSOCIATES.COM

**VIA EMAIL DELIVERY**
ANDRE WALLACE
<emg4000@aol.com>

Billing Date: April 30, 2025

For legal services rendered April 1, 2025 – April 30, 2025

CIVIL ACTION NO. 1:25-cv-00179-FJS-DJS

4/1/25 – Continue drafting Summary Judgment .......................................... 1.3 hours
4/3/25 – continue drafting SJ / start aff for client .......................................... 2.1 hours
4/4/25 – Continue SJ / aff .......................................... 1.5 hours
4/8/25 – Continue SJ – get Exhibits together .......................................... 1.7 hours
4/10/25 – review of SJ / Aff and Exhibits .......................................... 1.5 hours
4/17/25 – filed SJ motion .......................................... .2 hours
4/30/25 – call from Chris Reilly from D firm – wants to adjourn dates for SJ, Case management due on Monday – will get back to me with dates etc.. .............. .2 hours

8.4 hours @ $450.00/ hour $3,780.00

Fees: NA

| | |
|---|---|
| Fees | $ |
| **Past Due** | **$9,810.00** |
| **Paid** | |
| **Current Due** | **$3,780.00** |
| | |
| **TOTAL DUE** | **$13,590.00** |

GLASSBERG & ASSOCIATES, LLC
8 HAVEN AVENUE, SUITE 215
PORT WASHINGTON, NY 11050
INFO@GLASSBERGASSOCIATES.COM
WWW.GLASSBERGASSOCIATES.COM

**VIA EMAIL DELIVERY**
ANDRE WALLACE
<emg4000@aol.com>

Billing Date: May 31, 2025

For legal services rendered May 1, 2025 – June 13, 2025

CIVIL ACTION NO. 1:25-cv-00179-FJS-DJS

| | |
|---|---|
| 5/2/25 – call / email with Friedman ........ | .3 Hours |
| 5/5/25 – review case mgt docs, emailed Friedman ........ | .2 Hours |
| 5/8/25 – review docs filed, pleadings and file to determine next steps ........ | .2 Hours |
| 5/22/25 – rcvd and rvwd Opp to SJ ........ | 2.7 Hours |
| 5/23/25 – start research for Reply ........ | 1.5 Hours |
| 5/27/25 – Start Reply ........ | 2.0 Hours |
| 5/28/25 – Reply issues and research ........ | 1.8 Hours |
| 5/29/25 – Reply and Exhibits ........ | 2.3 Hours |
| 5/29/25 – called Barbie Woodford (315 234 8560) about lttr filed for extension, ..... | 1 Hours |
| 5/30/25 – Continue draft Reply ........ | 1.4 Hours |
| 6/2/26 – Continue with Reply ........ | .6 hours |
| 6/4/25 – review docs for Reply sent email re Andre Exhibits ........ | .5 Hours |
| 6/5/25 – rcvd Client Exhibit, reviewed all docs and filed Reply ........ | .6 Hours |
| 6/13/25 - call with Henry Chan ........ | .7 Hours |

14.9 hours @ $450.00/ hour $6,705.00

Fees:

| | |
|---|---|
| Fees | $ |
| **Past Due** | **$13,590.00** |
| **Paid** | |
| **Current Due** | **$6,705.00** |
| | |
| **TOTAL DUE** | **$20,295.00** |