AMERICAN EXPRESS

# 2025 Year-End Summary



Includes charges from January 1 through December 31, 2025

Prepared for STEVEN GLASSBERG The Plum Card® - 44000

## Government Services

**Card Member** STEVEN GLASSBERG **Account Number** XXXX-XXXXXX-44000

| Date | Month Billed | Transaction | Charges | Credits |
|---|---|---|---|---|
| 07/14/2025 | August | NASSAU CO SUPREME CTMINEOLA NY | | |
| 07/14/2025 | August | NASSAU CO SUPREME FECLEVELAND OH | | |
| 07/11/2025 | August | SUFFOLK CO SURROG EFRIVERHEAD NY | | |
| 07/11/2025 | August | SUFFOLK CO SURROG FECLEVELAND OH | | |
| 06/27/2025 | July | CO CLK NY EF CO CLK NEW YORK NY | | |
| 06/27/2025 | July | CO CLK NY FEE EF CO CLEVELAND OH | | |
| 06/27/2025 | July | NASSAU CO SUPREME CTMINEOLA NY | | |
| 06/27/2025 | July | NASSAU CO SUPREME FECLEVELAND OH | | |
| 06/24/2025 | July | SUFFOLK CO SUPR FEE CLEVELAND OH | | |
| 06/24/2025 | July | SUFFOLK CO SUPR FEE CLEVELAND OH | | |
| 06/24/2025 | July | SUFFOLK CO SUPREME CRIVERHEAD NY | | |
| 06/24/2025 | July | SUFFOLK CO SUPREME CRIVERHEAD NY | | |
| 06/18/2025 | July | NYSDOS ECORP 518 473ALBANY NY | | |
| 05/09/2025 | May | CO CLK QUEENS EF CO JAMAICA NY | | |
| 05/09/2025 | May | CO CLK QUEENS FEE EFCLEVELAND OH | | |
| 04/24/2025 | May | CO CLK QUEENS EF CO JAMAICA NY | | |
| 04/24/2025 | May | CO CLK QUEENS FEE EFCLEVELAND OH | | |
| 04/23/2025 | May | NASSAU CO SUPREME CTMINEOLA NY | | |
| 04/23/2025 | May | NASSAU CO SUPREME FECLEVELAND OH | | |
| 04/08/2025 | April | NASSAU CO SUPREME CTMINEOLA NY | | |
| 04/08/2025 | April | NASSAU CO SUPREME FECLEVELAND OH | | |
| 04/03/2025 | April | SUFFOLK CO SUPREME CRIVERHEAD NY | | |
| 03/26/2025 | April | SUFFOLK CO SUPR FEE CLEVELAND OH | | |
| 03/26/2025 | April | SUFFOLK CO SUPREME CRIVERHEAD NY | | |
| 03/19/2025 | April | NYSDOS ECORP 518 473ALBANY NY | | |
| 03/06/2025 | March | SUFFOLK CO SUPR FEE CLEVELAND OH | | |
| 03/06/2025 | March | SUFFOLK CO SUPREME CRIVERHEAD NY | | |
| 02/13/2025 | March | SUFFOLK CO SUPR FEE CLEVELAND OH | | |
| 02/13/2025 | March | SUFFOLK CO SUPREME CRIVERHEAD NY | | |
| 02/07/2025 | February | CO CLK NY EF CO CLK NEW YORK NY | | |
| 02/07/2025 | February | CO CLK NY FEE EF CO CLEVELAND OH | | |
| 02/07/2025 | February | CO CLK QUEENS EF CO JAMAICA NY | | |
| 02/07/2025 | February | CO CLK QUEENS FEE EFCLEVELAND OH | | |
| 02/07/2025 | February | COURTS/USDC-NY-N-P 0SYRACUSE NY | $405.00 | |
| 02/03/2025 | February | CO CLK NY EF CO CLK NEW YORK NY | | |
| 02/03/2025 | February | CO CLK NY FEE EF CO CLEVELAND OH | | |
| 02/03/2025 | February | COURTS/USDC-NY-N-P 0SYRACUSE NY | | |
| 01/31/2025 | February | COURTS/USDC-NY-S 000NEW YORK NY | | |